In the Matter of the Claim of IDA SCHNEIDER, Respondent, against NEW YORK MERCHANDISE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the claimant against

the appellants. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.